# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:24-cv-676-MOC

| | |
|---|---|
| STEVE LOVE LUNDY, | ) |
| | ) |
| **Plaintiff, pro se,** | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) **ORDER** |
| | ) |
| TRUST BANK CORP., | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to comply with the Court's Notice of Deficiency, entered on July 24, 2024, stating:

> You must either file a fully completed Application to Proceed without
>
> Prepayment of Fees or Costs on the Long Form (AO 239), or pay the filing fee of
>
> $405.00.
>
> Plaintiff is DIRECTED to correct the deficiency listed above and return
>
> the papers or pay the filing fee within twenty-one (21) days from the filing of this
>
> notice. Failure to do so may result in the dismissal of this action without prejudice
>
> for failure to prosecute.

(Doc. No. 2).

The Court will grant Plaintiff one more opportunity to comply with the Court's Notice of Deficiency before dismissing this action.

**IT IS HEREBY ORDERED THAT:**

1

**Within 20 days of entry of this Order, Plaintiff shall file a fully completed Application to Proceed without Prepayment of Fees or Costs on the Long Form (AO 239), or pay the filing fee of $405.00.**

**If Plaintiff takes no action, the Court will dismiss this action without prejudice and without further notice to Plaintiff.**

**IT IS SO ORDERED**.

Max O. Cogburn Jr.
United States District Judge