## 1 UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:24-cv-676-MOC

STEVE LOVE LUNDY,            )
                              )
          **Plaintiff, pro se,**     )
                              )
**vs.**                               )
                              )        <u>**ORDER**</u>
                              )
**TRUST BANK CORP.,**       )
                              )
                              )
          **Defendant.**        )
_____ )

       **THIS MATTER** is before the Court on its own motion following Plaintiff's failure to comply with both the Court's Notice of Deficiency, entered on July 24, 2024, and with the Court's Order entered October 15, 2024, stating:

> <u>**Within 20 days of entry of this Order, Plaintiff shall file a fully completed Application to Proceed without Prepayment of Fees or Costs on the Long Form (AO 239), or pay the filing fee of $405.00.**</u>
> <u>**If Plaintiff takes no action, the Court will dismiss this action without prejudice and without further notice to Plaintiff.**</u>

       Plaintiff has failed to comply with either of the Court's orders, and the deadlines to do so have passed. This matter is therefore **DISMISSED** without prejudice.

       **IT IS SO ORDERED**.

Signed:  January 27, 2025

Max O. Cogburn Jr.
United States District Judge

2