# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Steven Love Lundy**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00676-MOC-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Truist Bank, Corp.**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2025 Order.

January 27, 2025

Katherine Hord Simon, Clerk
United States District Court